Albert RUCKER, Appellant,

v.

STATE of Missouri, Respondent.

No. 47104.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 17, 1984.

Motion For Rehearing and/or Transfer to Supreme Court Denied Feb. 17, 1984.

Application to Transfer Denied
March 20, 1984.

Debra Buie Arnold, Asst. Public Defender, St. Louis, for appellant.

Kristie Lynn Green, Asst. Atty. Gen., Jefferson City, for respondent.

CLEMENS, Senior Judge.

On his plea of guilty to armed robbery movant-defendant was sentenced to 15 years in prison. He was granted an evidentiary hearing on his Rule 27.26 motion and appeals its denial.

Defendant there testified his counsel had promised he would get a suspended five-year sentence. The defendant's statements

at his guilty plea hearing specifically and repeatedly refuted that contention. Defense counsel testified no such promise was made.

After the hearing on this motion the court found: At the guilty plea hearing the trial court had informed defendant there was no guarantee of probation; that defense counsel had not so promised defendant.

Defendant has failed to sustain his burden of showing the hearing court erred in denying his motion. Compare *Noll v. State*, 620 S.W.2d 45 (Mo.App.1981).

Affirmed.

KAROHL, P.J., and REINHARD and CRANDALL, JJ., concur.